Casy Carlton

| Work Location | Check Date | Reg On-Duty Hours | Call Out Time | Hrs Per Week | Regular Pay | Commission | Total Earnings | Reg Rate | Overtime Rate | Unpaid overtime wages | Liquidated damages | Total Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ivy Hall | 3/4/2016 | 47.0 | 0.0 | 47.0 | $250.00 | $600.96 | $850.96 | $18.11 | $9.05 | $63.37 | $63.37 | $126.74 |
| | 3/11/2016 | 45.0 | 15.0 | 60.0 | $250.00 | $314.12 | $564.12 | $9.40 | $4.70 | $94.02 | $94.02 | $188.04 |
| | 3/18/2016 | 47.0 | 0.0 | 47.0 | $250.00 | $646.93 | $896.93 | $19.08 | $9.54 | $66.79 | $66.79 | $133.59 |
| | 3/25/2016 | 45.0 | 15.0 | 60.0 | $250.00 | $263.20 | $513.20 | $8.55 | $4.28 | $85.53 | $85.53 | $171.07 |
| | 4/1/2016 | 47.0 | 0.0 | 47.0 | $250.00 | $556.63 | $806.63 | $17.16 | $8.58 | $60.07 | $60.07 | $120.14 |
| | 4/8/2016 | 45.0 | 15.0 | 60.0 | $250.00 | $337.90 | $587.90 | $9.80 | $4.90 | $97.98 | $97.98 | $195.97 |
| | 4/15/2016 | 47.0 | 0.0 | 47.0 | $250.00 | $457.26 | $707.26 | $15.05 | $7.52 | $52.67 | $52.67 | $105.34 |
| | 4/22/2016 | 45.0 | 15.0 | 60.0 | $250.00 | $357.30 | $607.30 | $10.12 | $5.06 | $101.22 | $101.22 | $202.43 |
| | 4/29/2016 | 47.0 | 0.0 | 47.0 | $250.00 | $668.79 | $918.79 | $19.55 | $9.77 | $68.42 | $68.42 | $136.84 |
| | 5/6/2016 | 45.0 | 15.0 | 60.0 | $250.00 | $701.35 | $951.35 | $15.86 | $7.93 | $158.56 | $158.56 | $317.12 |
| | 5/13/2016 | 47.0 | 0.0 | 47.0 | $250.00 | $637.88 | $887.88 | $18.89 | $9.45 | $66.12 | $66.12 | $132.24 |
| | 5/20/2016 | 45.0 | 15.0 | 60.0 | $250.00 | $516.96 | $766.96 | $12.78 | $6.39 | $127.83 | $127.83 | $255.65 |
| | 5/27/2016 | 47.0 | 0.0 | 47.0 | $250.00 | $650.99 | $900.99 | $19.17 | $9.59 | $67.10 | $67.10 | $134.19 |
| | 6/3/2016 | 45.0 | 15.0 | 60.0 | $250.00 | $391.43 | $641.43 | $10.69 | $5.35 | $106.91 | $106.91 | $213.81 |
| | 6/10/2016 | 47.0 | 0.0 | 47.0 | $250.00 | $939.87 | $1,189.87 | $25.32 | $12.66 | $88.61 | $88.61 | $177.21 |
| | 6/17/2016 | 45.0 | 15.0 | 60.0 | $250.00 | $644.71 | $894.71 | $14.91 | $7.46 | $149.12 | $149.12 | $298.24 |
| | 6/24/2016 | 47.0 | 0.0 | 47.0 | | | $875.00 | $18.62 | $9.31 | $65.16 | $65.16 | $130.32 |
| | 7/1/2016 | 45.0 | 15.0 | 60.0 | | | $830.79 | $13.85 | $6.92 | $138.47 | $138.47 | $276.93 |
| | 7/8/2016 | 47.0 | 0.0 | 47.0 | | | $886.41 | $18.86 | $9.43 | $66.01 | $66.01 | $132.02 |
| | 7/15/2016 | 45.0 | 15.0 | 60.0 | | | $681.61 | $11.36 | $5.68 | $113.60 | $113.60 | $227.20 |
| | 7/22/2016 | 47.0 | 0.0 | 47.0 | | | $1,110.68 | $23.63 | $11.82 | $82.71 | $82.71 | $165.42 |
| | 7/29/2016 | 45.0 | 15.0 | 60.0 | | | $681.30 | $11.36 | $5.68 | $113.55 | $113.55 | $227.10 |
| | 8/5/2016 | 47.0 | 0.0 | 47.0 | | | $514.10 | $10.94 | $5.47 | $38.28 | $38.28 | $76.57 |
| | 8/12/2016 | 45.0 | 15.0 | 60.0 | | | $514.95 | $8.58 | $4.29 | $85.83 | $85.83 | $171.65 |
| | 8/19/2016 | 47.0 | 0.0 | 47.0 | | | $859.28 | $18.28 | $9.14 | $63.99 | $63.99 | $127.98 |
| | 8/26/2016 | 45.0 | 15.0 | 60.0 | | | $757.46 | $12.62 | $6.31 | $126.24 | $126.24 | $252.49 |
| | 9/2/2016 | 47.0 | 0.0 | 47.0 | | | $1,010.78 | $21.51 | $10.75 | $75.27 | $75.27 | $150.54 |
| | 9/9/2016 | 45.0 | 15.0 | 60.0 | | | $571.91 | $9.53 | $4.77 | $95.32 | $95.32 | $190.64 |
| | 9/16/2016 | 47.0 | 0.0 | 47.0 | | | $953.01 | $20.28 | $10.14 | $70.97 | $70.97 | $141.94 |
| | 9/23/2016 | 45.0 | 15.0 | 60.0 | | | $693.25 | $11.55 | $5.78 | $115.54 | $115.54 | $231.08 |
| | 9/30/2016 | 47.0 | 0.0 | 47.0 | | | $857.46 | $18.24 | $9.12 | $63.85 | $63.85 | $127.71 |
| | 10/7/2016 | 45.0 | 15.0 | 60.0 | | | $811.19 | $13.52 | $6.76 | $135.20 | $135.20 | $270.40 |
| | 10/14/2016 | 47.0 | 0.0 | 47.0 | | | $828.75 | $17.63 | $8.82 | $61.72 | $61.72 | $123.43 |
| | 10/21/2016 | 45.0 | 15.0 | 60.0 | | | $400.00 | $6.67 | $3.33 | $66.67 | $66.67 | $133.33 |
| | 10/28/2016 | 47.0 | 0.0 | 47.0 | | | $742.50 | $15.80 | $7.90 | $55.29 | $55.29 | $110.59 |
| JHook_Lonoke | 11/4/2016 | 45.0 | 15.0 | 60.0 | | | $400.00 | $6.67 | $3.33 | $66.67 | $66.67 | $133.33 |
| | 11/11/2016 | 47.0 | 15.0 | 62.0 | | | $918.00 | $14.81 | $7.40 | $162.87 | $162.87 | $325.74 |
| | 11/18/2016 | 45.0 | 15.0 | 60.0 | | | $878.75 | $14.65 | $7.32 | $146.46 | $146.46 | $292.92 |
| | 11/25/2016 | 47.0 | 15.0 | 62.0 | | | $891.60 | $14.38 | $7.19 | $158.19 | $158.19 | $316.37 |
| J-Hook_North Little Rock | 12/2/2016 | 45.0 | 26.0 | 71.0 | | | $621.25 | $8.75 | $4.38 | $135.63 | $135.63 | $271.25 |
| | 12/9/2016 | 45.0 | 26.0 | 71.0 | $250.00 | $877.13 | $1,127.13 | $15.88 | $7.94 | $246.06 | $246.06 | $492.13 |
| | 12/16/2016 | 45.0 | 26.0 | 71.0 | $250.00 | $533.13 | $783.13 | $11.03 | $5.52 | $170.97 | $170.97 | $341.93 |
| | 12/23/2016 | 45.0 | 26.0 | 71.0 | $250.00 | $798.75 | $1,048.75 | $14.77 | $7.39 | $228.95 | $228.95 | $457.90 |
| | 12/30/2016 | 45.0 | 26.0 | 71.0 | $250.00 | $1,263.75 | $1,513.75 | $21.32 | $10.66 | $330.47 | $330.47 | $660.93 |
| | 1/6/2017 | 45.0 | 26.0 | 71.0 | | | $981.25 | $13.82 | $6.91 | $214.22 | $214.22 | $428.43 |
| | 1/13/2017 | 45.0 | 26.0 | 71.0 | | | $939.38 | $13.23 | $6.62 | $205.08 | $205.08 | $410.15 |
| | 1/20/2017 | 45.0 | 26.0 | 71.0 | | | $1,186.25 | $16.71 | $8.35 | $258.97 | $258.97 | $517.94 |
| | 1/27/2017 | 45.0 | 26.0 | 71.0 | | | $664.38 | $9.36 | $4.68 | $145.04 | $145.04 | $290.08 |
| | 2/3/2017 | 45.0 | 26.0 | 71.0 | | | $811.19 | $11.43 | $5.71 | $177.09 | $177.09 | $354.18 |
| | 2/10/2017 | 45.0 | 26.0 | 71.0 | | | $545.63 | $7.68 | $3.84 | $119.12 | $119.12 | $238.23 |
| | | | | | | | | | | $5,853.73 | $5,853.73 | $11,707.46 |

\* Estimate of hours is subject to change upon further discovery, more precise testimony, and further litigation.

\*\* Total earnings for 10/7/2016 and 2/3/2017 are estimates based on the average of the rest of the weeks in which data is available. Subject to change upon further evidence.

Harrison_Salary

| Check Date | Reg On-Duty Hours | Call Out Time | Hrs | Regular Pay | Commission | Total Earnings | Reg Rate | Overtime Rate | Unpaid overtime wages | Liquidated damages | Total Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/27/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 4/3/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 4/10/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 4/17/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 4/24/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 5/1/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 5/8/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 5/15/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 5/22/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 5/29/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 6/5/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 6/12/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 6/19/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 6/26/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 7/3/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 7/10/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 7/17/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 7/24/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 7/31/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 8/7/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 8/14/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 8/21/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 8/28/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 9/4/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 9/11/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 9/18/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 9/25/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 10/2/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 10/9/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 10/16/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 10/23/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 10/30/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 11/6/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 11/13/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 11/20/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 11/27/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 12/4/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 12/11/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 12/18/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 12/25/2015 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 1/1/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 1/8/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 1/15/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 1/22/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 1/29/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 2/5/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 2/12/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 2/19/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 2/26/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 3/4/2016 | 45.0 | 9.0 | 54.0 | $250.00 | $522.50 | $772.50 | $14.31 | $7.15 | $100.14 | $100.14 | $200.28 |
| 3/11/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 3/18/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 3/25/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 4/1/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 4/8/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 4/15/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 4/22/2016 | 45.0 | 9.0 | 54.0 | $250.00 | $522.50 | $772.50 | $14.31 | $7.15 | $100.14 | $100.14 | $200.28 |
| 4/29/2016 | 45.0 | 9.0 | 54.0 | $250.00 | $870.00 | $1,120.00 | $20.74 | $10.37 | $145.19 | $145.19 | $290.37 |
| 5/6/2016 | 45.0 | 9.0 | 54.0 | $250.00 | $973.75 | $1,223.75 | $22.66 | $11.33 | $158.63 | $158.63 | $317.27 |
| 5/13/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 5/20/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 5/27/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 6/3/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 6/10/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 6/17/2016 | 45.0 | 9.0 | 54.0 | | | $1,139.47 | $21.10 | $10.55 | $147.71 | $147.71 | $295.42 |
| 6/24/2016 | 45.0 | 9.0 | 54.0 | $250.00 | $1,558.62 | $1,808.62 | $33.49 | $16.75 | $234.45 | $234.45 | $468.90 |
| | | | | | | | | | $9,748.83 | $9,748.83 | $19,793.09 |

\* Estimate of hours is subject to change upon further discovery, more precise testimony, and further litigation.

\*\* Total earnings for 3/27/15-2/26/16, 3/11/16-4/15/16 and 5/13/16-6/17/16 are estimates based on the average of the rest of the weeks in which data is available. Subject to change upon further evidence.

Harrison_Hourly + Salary

| Check Date | Reg Hrs Recorded | OT Hours Recorded | Reg Rate | OT Rate | Regular Pay | OT Paid | Commission | Commission Reg Rate | Commission OT Rate | Unpaid Commission OT |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2016 | 24.00 | 1.50 | $15.00 | $22.50 | $360.00 | $33.75 | $1,652.14 | $41.83 | $20.91 | $31.37 |
| 7/8/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $645.82 | $11.96 | $5.98 | $83.72 |
| 7/15/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $437.22 | $8.10 | $4.05 | $56.68 |
| 7/22/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $875.44 | $16.21 | $8.11 | $113.48 |
| 7/29/2016 | 40.00 | 1.00 | $15.00 | $22.50 | $600.00 | $22.50 | $534.15 | $9.71 | $4.86 | $72.84 |
| 8/5/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $692.70 | $12.83 | $6.41 | $89.79 |
| 8/12/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/19/2016 | 40.00 | 3.50 | $15.00 | $22.50 | $600.00 | $78.75 | $639.50 | $11.12 | $5.56 | $97.32 |
| 8/26/2016 | 40.00 | 29.50 | $15.00 | $22.50 | $600.00 | $663.75 | $337.35 | $4.85 | $2.43 | $71.60 |
| 9/2/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $533.63 | $9.88 | $4.94 | $69.17 |
| 9/9/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/16/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $948.90 | $17.57 | $8.79 | $123.01 |
| 9/23/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,391.85 | $25.78 | $12.89 | $180.43 |
| 9/30/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,066.20 | $19.74 | $9.87 | $138.21 |
| 10/7/2016 | 40.00 | 1.00 | $15.00 | $22.50 | $600.00 | $22.50 | $225.00 | $4.09 | $2.05 | $30.68 |
| 10/14/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,058.40 | $19.60 | $9.80 | $137.20 |
| 10/21/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $435.00 | $8.06 | $4.03 | $56.39 |
| 10/28/2016 | 40.00 | 1.00 | $15.00 | $22.50 | $600.00 | $22.50 | $563.55 | $10.25 | $5.12 | $76.85 |
| 11/4/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $249.00 | $4.61 | $2.31 | $32.28 |
| 11/11/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $526.12 | $9.74 | $4.87 | $68.20 |
| 11/18/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/25/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,491.00 | $27.61 | $13.81 | $193.28 |
| 12/2/2016 | 32.00 | 1.00 | $15.00 | $22.50 | $480.00 | $22.50 | $246.30 | $5.24 | $2.62 | $18.34 |
| 12/9/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,125.75 | $20.85 | $10.42 | $145.93 |
| 12/16/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $581.70 | $10.77 | $5.39 | $75.41 |
| 12/23/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,419.00 | $26.28 | $13.14 | $183.94 |
| 12/30/2016 | 32.00 | 0.00 | $15.00 | $22.50 | $480.00 | $0.00 | $561.90 | $12.22 | $6.11 | $36.65 |
| 1/6/2017 | 34.00 | 0.00 | $15.00 | $22.50 | $510.00 | $0.00 | $1,105.50 | $23.03 | $11.52 | $92.13 |
| 1/13/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/20/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $908.40 | $16.82 | $8.41 | $117.76 |
| 1/27/2017 | 38.50 | 0.00 | $15.00 | $22.50 | $577.50 | $0.00 | $753.00 | $14.34 | $7.17 | $89.64 |
| 2/3/2017 | 0.00 | 0.00 | $15.00 | $22.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/10/2017 | 32.50 | 0.00 | $15.00 | $22.50 | $487.50 | $0.00 | $1,032.30 | $22.20 | $11.10 | $72.15 |
| | | | | | | | | | | $2,554.42 |

\* Estimate of hours is subject to change upon further discovery, more precise testimony, and further litigation.

Harrison_Hourly + Salary

| Check Date | Reg Hrs Recorded | OT Hours Recorded | Reg Rate | OT Rate | Regular Pay | OT Paid | Commission | Call-Out Hours and Working Lunches | Off-the-clock OT Hours | Unpaid off-the-clock OT | Total Unpaid OT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2016 | 24.00 | 1.50 | $15.00 | $22.50 | $360.00 | $33.75 | $1,652.14 | 14.00 | 0.00 | $0.00 | $31.37 |
| 7/8/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $645.82 | 14.00 | 14.00 | $315.00 | $398.72 |
| 7/15/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $437.22 | 14.00 | 14.00 | $315.00 | $371.68 |
| 7/22/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $875.44 | 14.00 | 14.00 | $315.00 | $428.48 |
| 7/29/2016 | 40.00 | 1.00 | $15.00 | $22.50 | $600.00 | $22.50 | $534.15 | 14.00 | 14.00 | $315.00 | $387.84 |
| 8/5/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $692.70 | 14.00 | 14.00 | $315.00 | $404.79 |
| 8/12/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 14.00 | 14.00 | $315.00 | $315.00 |
| 8/19/2016 | 40.00 | 3.50 | $15.00 | $22.50 | $600.00 | $78.75 | $639.50 | 14.00 | 14.00 | $315.00 | $412.32 |
| 8/26/2016 | 40.00 | 29.50 | $15.00 | $22.50 | $600.00 | $663.75 | $337.35 | 0.00 | 0.00 | $0.00 | $71.60 |
| 9/2/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $533.63 | 14.00 | 14.00 | $315.00 | $384.17 |
| 9/9/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 14.00 | 14.00 | $315.00 | $315.00 |
| 9/16/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $948.90 | 14.00 | 14.00 | $315.00 | $438.01 |
| 9/23/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,391.85 | 14.00 | 14.00 | $315.00 | $495.43 |
| 9/30/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,066.20 | 14.00 | 14.00 | $315.00 | $453.21 |
| 10/7/2016 | 40.00 | 1.00 | $15.00 | $22.50 | $600.00 | $22.50 | $225.00 | 14.00 | 14.00 | $315.00 | $345.68 |
| 10/14/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,058.40 | 14.00 | 14.00 | $315.00 | $452.20 |
| 10/21/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $435.00 | 14.00 | 14.00 | $315.00 | $371.39 |
| 10/28/2016 | 40.00 | 1.00 | $15.00 | $22.50 | $600.00 | $22.50 | $563.55 | 14.00 | 14.00 | $315.00 | $391.85 |
| 11/4/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $249.00 | 14.00 | 14.00 | $315.00 | $347.28 |
| 11/11/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $526.12 | 14.00 | 14.00 | $315.00 | $383.20 |
| 11/18/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 14.00 | 14.00 | $315.00 | $315.00 |
| 11/25/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,491.00 | 14.00 | 14.00 | $315.00 | $508.28 |
| 12/2/2016 | 32.00 | 1.00 | $15.00 | $22.50 | $480.00 | $22.50 | $246.30 | 14.00 | 6.00 | $135.00 | $153.34 |
| 12/9/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,125.75 | 14.00 | 14.00 | $315.00 | $460.93 |
| 12/16/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $581.70 | 14.00 | 14.00 | $315.00 | $390.41 |
| 12/23/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,419.00 | 14.00 | 14.00 | $315.00 | $498.94 |
| 12/30/2016 | 32.00 | 0.00 | $15.00 | $22.50 | $480.00 | $0.00 | $561.90 | 14.00 | 6.00 | $135.00 | $171.65 |
| 1/6/2017 | 34.00 | 0.00 | $15.00 | $22.50 | $510.00 | $0.00 | $1,105.50 | 14.00 | 8.00 | $180.00 | $272.13 |
| 1/13/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 14.00 | 14.00 | $315.00 | $315.00 |
| 1/20/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $908.40 | 14.00 | 14.00 | $315.00 | $432.76 |
| 1/27/2017 | 38.50 | 0.00 | $15.00 | $22.50 | $577.50 | $0.00 | $753.00 | 14.00 | 12.50 | $281.25 | $370.89 |
| 2/3/2017 | 0.00 | 0.00 | $15.00 | $22.50 | $0.00 | $0.00 | $0.00 | 14.00 | 0.00 | $0.00 | $0.00 |
| 2/10/2017 | 32.50 | 0.00 | $15.00 | $22.50 | $487.50 | $0.00 | $1,032.30 | 14.00 | 6.50 | $146.25 | $218.40 |
| | | | | | | | | | | $8,752.50 | $11,306.92 |
| | | | | | | | | | | Plus Liquidated | $22,613.85 |
| | | | | | | | | | | Plus Salary Dmgs | $42,406.93 |

* Estimate of hours is subject to change upon further discovery, more precise testimony, and further litigation.

Jones_Hourly

| Check Date | Reg Hrs Recorded | OT Hours Recorded | Reg Rate | OT Rate | Regular Pay | OT Paid | Commission | Commission Reg Rate | Commission OT Rate | Unpaid Commission OT |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/22/2016 | 16.00 | 0.00 | $15.00 | $22.50 | $240.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/29/2016 | 38.00 | 0.00 | $15.00 | $22.50 | $570.00 | $0.00 | $147.50 | $3.88 | $1.94 | $0.00 |
| 5/6/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $250.00 | $6.25 | $3.13 | $0.00 |
| 5/13/2016 | 35.75 | 0.00 | $15.00 | $22.50 | $536.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/20/2016 | 39.50 | 0.00 | $15.00 | $22.50 | $592.50 | $0.00 | $218.75 | $3.62 | $1.81 | $37.06 |
| 5/27/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $237.50 | $3.89 | $1.95 | $40.88 |
| 6/3/2016 | 32.50 | 0.00 | $15.00 | $22.50 | $487.50 | $0.00 | $1,028.00 | $19.21 | $9.61 | $129.70 |
| 6/10/2016 | 32.00 | 0.00 | $15.00 | $22.50 | $480.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/17/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $962.50 | $15.78 | $7.89 | $165.68 |
| 6/24/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $328.13 | $5.38 | $2.69 | $56.48 |
| 7/1/2016 | 40.00 | 1.50 | $15.00 | $22.50 | $600.00 | $33.75 | $671.25 | $10.74 | $5.37 | $120.83 |
| 7/8/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $131.25 | $2.15 | $1.08 | $22.59 |
| 7/15/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $326.88 | $5.36 | $2.68 | $56.27 |
| 7/22/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/29/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,712.50 | $28.07 | $14.04 | $294.77 |
| 8/5/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $116.25 | $1.91 | $0.95 | $20.01 |
| 8/12/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $347.50 | $5.70 | $2.85 | $59.82 |
| 8/19/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $156.25 | $2.56 | $1.28 | $26.90 |
| 8/26/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $312.50 | $5.12 | $2.56 | $53.79 |
| 9/2/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $243.75 | $4.00 | $2.00 | $41.96 |
| 9/9/2016 | 39.00 | 0.00 | $15.00 | $22.50 | $585.00 | $0.00 | $331.25 | $5.52 | $2.76 | $55.21 |
| 9/16/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $125.00 | $2.05 | $1.02 | $21.52 |
| 9/23/2016 | 40.00 | 2.00 | $15.00 | $22.50 | $600.00 | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/30/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $712.50 | $11.68 | $5.84 | $122.64 |
| 10/7/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $981.25 | $16.09 | $8.04 | $168.90 |
| 10/14/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/21/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $639.30 | $10.48 | $5.24 | $110.04 |
| 10/28/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/4/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $768.75 | $12.60 | $6.30 | $132.33 |
| 11/11/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/18/2016 | 37.00 | 0.00 | $15.00 | $22.50 | $555.00 | $0.00 | $625.00 | $10.78 | $5.39 | $96.98 |
| 11/25/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/2/2016 | 32.00 | 0.00 | $15.00 | $22.50 | $480.00 | $0.00 | $957.20 | $18.06 | $9.03 | $117.39 |
| 12/9/2016 | 24.00 | 0.00 | $15.00 | $22.50 | $360.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/16/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $762.50 | $12.50 | $6.25 | $131.25 |
| 12/23/2016 | 40.00 | 0.50 | $15.00 | $22.50 | $600.00 | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/30/2016 | 32.00 | 0.00 | $15.00 | $22.50 | $480.00 | $0.00 | $631.75 | $11.92 | $5.96 | $77.48 |
| 1/6/2017 | 28.00 | 0.00 | $15.00 | $22.50 | $420.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/13/2017 | 40.00 | 5.00 | $15.00 | $22.50 | $600.00 | $112.50 | $1,197.50 | $18.14 | $9.07 | $235.87 |
| 1/20/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $150.00 | $2.46 | $1.23 | $25.82 |
| 1/27/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $658.13 | $10.79 | $5.39 | $113.28 |
| 2/3/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/10/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $663.00 | $10.87 | $5.43 | $114.12 |
| 2/17/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/24/2017 | 40.00 | 2.00 | $15.00 | $22.50 | $600.00 | $45.00 | $988.75 | $15.69 | $7.85 | $180.49 |
| 3/3/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/17/2017 | 31.00 | 0.00 | $15.00 | $22.50 | $465.00 | $0.00 | $558.13 | $10.73 | $5.37 | $64.40 |
| | | | | | | | | | | $2,894.46 |

\* Estimate of hours is subject to change upon further discovery, more precise testimony, and further litigation.

Jones_Hourly

| Check Date | Reg Hrs Recorded | OT Hours Recorded | Reg Rate | OT Rate | Regular Pay | OT Paid | Commission | Off-the-Clock Call-Out Hours | Off-the-clock OT Hours | Off-the-clock unpaid OT | Total Unpaid OT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/22/2016 | 16.00 | 0.00 | $15.00 | $22.50 | $240.00 | $0.00 | $0.00 | 0.00 | 0.00 | $0.00 | $0.00 |
| 4/29/2016 | 38.00 | 0.00 | $15.00 | $22.50 | $570.00 | $0.00 | $147.50 | 0.00 | 0.00 | $0.00 | $0.00 |
| 5/6/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $250.00 | 0.00 | 0.00 | $0.00 | $0.00 |
| 5/13/2016 | 35.75 | 0.00 | $15.00 | $22.50 | $536.25 | $0.00 | $0.00 | 21.00 | 16.75 | $376.88 | $376.88 |
| 5/20/2016 | 39.50 | 0.00 | $15.00 | $22.50 | $592.50 | $0.00 | $218.75 | 21.00 | 20.50 | $461.25 | $498.31 |
| 5/27/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $237.50 | 21.00 | 21.00 | $472.50 | $513.38 |
| 6/3/2016 | 32.50 | 0.00 | $15.00 | $22.50 | $487.50 | $0.00 | $1,028.00 | 21.00 | 13.50 | $303.75 | $433.45 |
| 6/10/2016 | 32.00 | 0.00 | $15.00 | $22.50 | $480.00 | $0.00 | $0.00 | 21.00 | 13.00 | $292.50 | $292.50 |
| 6/17/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $962.50 | 21.00 | 21.00 | $472.50 | $638.18 |
| 6/24/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $328.13 | 21.00 | 21.00 | $472.50 | $528.98 |
| 7/1/2016 | 40.00 | 1.50 | $15.00 | $22.50 | $600.00 | $33.75 | $671.25 | 21.00 | 21.00 | $472.50 | $593.33 |
| 7/8/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $131.25 | 21.00 | 21.00 | $472.50 | $495.09 |
| 7/15/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $326.88 | 21.00 | 21.00 | $472.50 | $528.77 |
| 7/22/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 21.00 | 21.00 | $472.50 | $472.50 |
| 7/29/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $1,712.50 | 21.00 | 21.00 | $472.50 | $767.27 |
| 8/5/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $116.25 | 21.00 | 21.00 | $472.50 | $492.51 |
| 8/12/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $347.50 | 21.00 | 21.00 | $472.50 | $532.32 |
| 8/19/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $156.25 | 21.00 | 21.00 | $472.50 | $499.40 |
| 8/26/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $312.50 | 21.00 | 21.00 | $472.50 | $526.29 |
| 9/2/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $243.75 | 21.00 | 21.00 | $472.50 | $514.46 |
| 9/9/2016 | 39.00 | 0.00 | $15.00 | $22.50 | $585.00 | $0.00 | $331.25 | 21.00 | 20.00 | $450.00 | $505.21 |
| 9/16/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $125.00 | 21.00 | 21.00 | $472.50 | $494.02 |
| 9/23/2016 | 40.00 | 2.00 | $15.00 | $22.50 | $600.00 | $45.00 | $0.00 | 21.00 | 21.00 | $472.50 | $472.50 |
| 9/30/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $712.50 | 21.00 | 21.00 | $472.50 | $595.14 |
| 10/7/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $981.25 | 21.00 | 21.00 | $472.50 | $641.40 |
| 10/14/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 21.00 | 21.00 | $472.50 | $472.50 |
| 10/21/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $639.30 | 21.00 | 21.00 | $472.50 | $582.54 |
| 10/28/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 21.00 | 21.00 | $472.50 | $472.50 |
| 11/4/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $768.75 | 21.00 | 21.00 | $472.50 | $604.83 |
| 11/11/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 21.00 | 21.00 | $472.50 | $472.50 |
| 11/18/2016 | 37.00 | 0.00 | $15.00 | $22.50 | $555.00 | $0.00 | $625.00 | 21.00 | 18.00 | $405.00 | $501.98 |
| 11/25/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 21.00 | 21.00 | $472.50 | $472.50 |
| 12/2/2016 | 32.00 | 0.00 | $15.00 | $22.50 | $480.00 | $0.00 | $957.20 | 21.00 | 13.00 | $292.50 | $409.89 |
| 12/9/2016 | 24.00 | 0.00 | $15.00 | $22.50 | $360.00 | $0.00 | $0.00 | 21.00 | 5.00 | $112.50 | $112.50 |
| 12/16/2016 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $762.50 | 21.00 | 21.00 | $472.50 | $603.75 |
| 12/23/2016 | 40.00 | 0.50 | $15.00 | $22.50 | $600.00 | $11.25 | $0.00 | 21.00 | 21.00 | $472.50 | $472.50 |
| 12/30/2016 | 32.00 | 0.00 | $15.00 | $22.50 | $480.00 | $0.00 | $631.75 | 21.00 | 13.00 | $292.50 | $369.98 |
| 1/6/2017 | 28.00 | 0.00 | $15.00 | $22.50 | $420.00 | $0.00 | $0.00 | 21.00 | 9.00 | $202.50 | $202.50 |
| 1/13/2017 | 40.00 | 5.00 | $15.00 | $22.50 | $600.00 | $112.50 | $1,197.50 | 21.00 | 21.00 | $472.50 | $708.37 |
| 1/20/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $150.00 | 21.00 | 21.00 | $472.50 | $498.32 |
| 1/27/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $658.13 | 21.00 | 21.00 | $472.50 | $585.78 |
| 2/3/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 21.00 | 21.00 | $472.50 | $472.50 |
| 2/10/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $663.00 | 21.00 | 21.00 | $472.50 | $586.62 |
| 2/17/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 21.00 | 21.00 | $472.50 | $472.50 |
| 2/24/2017 | 40.00 | 2.00 | $15.00 | $22.50 | $600.00 | $45.00 | $988.75 | 21.00 | 21.00 | $472.50 | $652.99 |
| 3/3/2017 | 40.00 | 0.00 | $15.00 | $22.50 | $600.00 | $0.00 | $0.00 | 21.00 | 21.00 | $472.50 | $472.50 |
| 3/17/2017 | 31.00 | 0.00 | $15.00 | $22.50 | $465.00 | $0.00 | $558.13 | 21.00 | 12.00 | $270.00 | $334.40 |
|  |  |  |  |  |  |  |  |  |  | $19,051.88 | $21,946.33 |
|  |  |  |  |  |  |  |  |  | Plus Liquidated |  | $43,892.66 |

* Estimate of hours is subject to change upon further discovery, more precise testimony, and further litigation.