IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


**CASY CARLTON, JONATHAN JONES**                                    **PLAINTIFFS**
**and BOBBY HARRISON**


vs.                                    No. 4:17-cv-76-KGB


**JHOOK INVESTMENTS, INC., d/b/a**                                    **DEFENDANTS**
**JHOOK TOWING AND RECOVERY;**
**JEFF HOOKER and IVY HALL, INC.**


**<u>DEFENDANTS' PRETRIAL DISCLOSURE SHEET</u>**

Defendants JHook Investments, Inc. d/b/a JHook Towing and Recovery ("JHook"), Jeff

Hooker, and Ivy Hall, Inc. ("Ivy Hall"), by and through their attorneys, Cox, Sterling, McClure &

Vandiver, P.L.L.C., for their Pretrial Disclosure Sheet, state:

    **1.**    **The identity of the party submitting information.**

Defendants through their counsel.

    **2.**    **The names, addresses, and telephone numbers of all counsel for the party.**

Brian A. Vandiver, contact information below.

    **3.**    **A brief summary of claims and relief sought.**

Defendants agrees with Plaintiffs' summary of the claims and relief sought but deny any

liability or damages.

    **4.**    **Prospects for settlement.**

None at this time.

    **5.**    **The basis for jurisdiction and objections to jurisdiction.**

Federal question and supplemental jurisdiction.  No objections to jurisdiction.

**6.      A list of pending motions.**

None at this time.

**7.      A concise summary of the facts.**

Defendants' incorporate by reference their Statement of Facts filed in support of Defendants' Motion for Summary Judgment.

**8.      All proposed stipulations.**

Defendants agree with Plaintiffs' two proposed stipulations.

**9.      The issues of fact expected to be contested.**

Defendants agree with the issues of fact identified by Plaintiffs.  In addition, issues of fact were identified by the Court in its recent Order denying the motions for summary judgment.

**10.      The issues of law expected to be contested.**

Defendants agree with the issues of law identified by Plaintiffs.  In addition, the parties identified issues of law in their motions for summary judgment.

**11.      A list and brief description of exhibits, documents, charts, graphs, models, schematic diagrams, summaries, and similar objects which may be used in opening statement, closing argument, or any other part of the trial, other than solely for impeachment purposes, whether or not they will be offered in evidence.  Separately designate those documents and exhibits which they party expects to offer and those which the party may offer.**

Defendant expects to offer payroll records and exhibits to the depositions in this case.

Defendant may offer any other document produced during discovery or any of the written discovery responses.

**12.    The names, addresses and telephone numbers of witnesses for the party. Separately identify witnesses whom the party expects to present and those whom the party may call.  Designate witnesses whose testimony is expected to be presented via deposition and, if not taken stenographically, a transcript of the pertinent portion of the deposition testimony.**

Defendant expects to present Jeff Hooker and Tim Moody.

Defendant may call Tony Martin, Jim Heverly, Steve Wilkinson, Tammie Moody, or any other witness identified by the parties during discovery.

**13.  The current status of discovery, a precise statement of the remaining discovery and an estimate of the time required to complete discovery.**

Discovery is complete.

**14. An estimate of the length of trial and suggestions for expediting disposition of the action.**

Two days

Respectfully Submitted,

COX, STERLING, McCLURE & VANDIVER, PLLC
8712 Counts Massie Rd
North Little Rock, AR  72113
(501) 954-8073 Phone
(501) 954-7856 Facsimile
bavandiver@csmfirm.com

By:        */s/ Brian A. Vandiver*
Brian A. Vandiver (Ark. Bar No. 2001078)

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Joshua West – west@sanfordlawfirm.com
Josh Sanford – josh@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
One Financial Center,
650 S Shackleford, Suite 411
Little Rock, AR 72211

*/s/ Brian A. Vandiver*
Brian A. Vandiver (Ark. Bar No. 2001078)