IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CASY CARLTON, JONATHAN JONES,
and BOBBY HARRISON                                              PLAINTIFFS

v.                    Case No. 4:17-cv-00076 KGB

JHOOK INVESTMENTS, INC.,
JEFF HOOKER, and IVY HALL, INC.                                 DEFENDANTS

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered in this matter on this date, the Court dismisses without prejudice separate plaintiff Jonathan Jones' claims against defendants JHook Investments, Inc., Jeff Hooker, and Ivy Hall, Inc. The Court also enters judgment in favor of plaintiff Casy Carlton against defendants in the amount of $12,322.52, consisting of $6,161.26 in unpaid wages and $6,161.26 in liquidated damages. The Court also hereby enters judgment in favor of plaintiff Bobby Harrison against defendants in the amount of $36,860.32, consisting of $18,430.16 in unpaid wages and $18,430.16 in liquidated damages.

It is so ordered, this the 30th day of September 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge